# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                        Case No. 15-cv-10640

vs.

                        Hon. Matthew F. Leitman

ALEXANDER C. SWEDA

      Defendant.

_____/

## CONSENT JUDGMENT

Plaintiff having filed the instant action against Defendant for federally guaranteed student loan obligations; the parties being desirous of amicably resolving this matter; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $131,595.56.

2. The Judgment will accrue interest pursuant to statutory rates as set forth in 28 U.S.C. § 1961.

3. Said Judgment in Paragraph 1 above is to be satisfied by payment of $105,000.00 in monthly installments of $200.00, beginning on the first day of the month immediately following the month in which this Order is dated and continuing monthly thereafter.

4. Defendant may make monthly payments larger than $200.00 per month without penalty, and the parties agree that after twelve (12) months of installment payments, the parties shall review Defendant's financial status to determine whether an increase of the monthly payment amount is appropriate. Any increase in monthly payments must be made either by mutual agreement or by filing a motion for an installment payment order.

5. Upon receipt of $105,000.00 in accordance with the above terms, Plaintiff shall file a satisfaction of judgment in this matter and shall discharge Defendant of any further obligations under the student loans referenced in Plaintiff's Complaint.

6. Plaintiff will stay any collection activity while payments are timely made in accordance with the above.

7. Defendant shall have a five (5) day grace period after the first day of each month to make each monthly payment. Should Defendant fail to make any monthly payment by expiration of the grace period, Plaintiff has the right to commence collection proceedings without further notice or hearing.

**IT IS FURTHER HEREBY ORDERED** that this resolves the last pending claim and closes the case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2015

Stipulated as to form and content:

/s/ Craig S. Schoenherr, Sr.  (signature page to follow)
Craig S. Schoenherr, Sr. (P32245)  Alexander C. Sweda
Attorney for Plaintiff  Pro Se Defendant

_____  9/25/15
Eric C. Turnbull (P76382)
Attorney for Plaintiff

_____  9-24-15
Alexander C. Sweda (P58123)
Defendant In Pro Per